**Henry Lotson SPENCE, Sr.,
Petitioner–Appellant,**

v.

**Joseph M. BROOKS, Respondent–Appellee.**

No. 01–6165.

United States Court of Appeals,
Fourth Circuit.

Submitted April 12, 2001.

Decided April 26, 2001.

Henry Lotson Spence, Sr., pro se. Tara Louise Casey, Office of the United States Attorney, Richmond, VA, for appellee.

Before NIEMEYER, WILLIAMS, and GREGORY, Circuit Judges.

**176**

PER CURIAM.

Henry Lotson Spence, Sr., appeals the district court's order denying relief on his 28 U.S.C. § 2241 (1994) petition. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Spence v. Brooks,* No. CA–00–446 (E.D.Va. Dec. 28, 2000). We deny Spence's motion for appointment of counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*